JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>      v.<br><br>WELBILT SUPREME CRAFTSMANSHIP, et al.,<br><br>        Defendants. | CV 24-1100 PA (ASx)<br><br>JUDGMENT |

Pursuant to the Court's May 15 15, 2024 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.


DATED: May 15, 2024

                        _____

                             Percy Anderson
             UNITED STATES DISTRICT JUDGE